No. 91–810. CITY OF BURLINGTON v. DAGUE ET AL. C. A. 2d Cir. Certiorari granted limited to the following question: "May a court, in determining a reasonable attorney's fee award under § 7002(e) of the Solid Waste Disposal Act, 90 Stat. 2826, as amended, 42 U. S. C. § 6972(e), or § 505(d) of the Federal Water Pollution Control Act (Clean Water Act), 86 Stat. 889, as amended, 33 U. S. C. § 1365(d), enhance the fee award above the lodestar amount in order to reflect the fact that the attorneys had taken the case on a contingent-fee basis, thus assuming the risk of receiving no attorney's fees at all?"

No. 91–971. TWO PESOS, INC. v. TACO CABANA, INC. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 90–1499. ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. THOMPSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7940. ROY v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 91–487. LARSON v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 91–576. SCHNEIDER ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–589. GAF CORP. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–605. CHERIF ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 91–630. RICE ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.